# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARLO ALBA,**
Appellant,

v.

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellee.

No. 4D21-1184

[March 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carols A. Rodriguez, Judge; L.T. Case No. CACE20-3564.

Samuel Alexander of Alexander Appellate Law, P.A., DeLand, for appellant.

Patrick M. Chidnese of Bickford & Chidnese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***